No. 93–7554. NEVELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7555. MYRICK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7564. HORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7565. FALIN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7579. CAMPBELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7586. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7609. JOHNSTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7628. MCKINLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7653. MENDOZA-LOPEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7671. FIRE THUNDER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7706. PIERATT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7711. VAUGHN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7785. COBB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7823. YITREF *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–7824. TITLEMORE *v.* RAYMOND ET AL. C. A. 3d Cir. Certiorari denied.